## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

REGINALD STEVENSON,                Civil No. 08-6058 (JRT/JJK)

Petitioner,

v.                      **ORDER ADOPTING REPORT AND RECOMMENDATION**

WARDEN DUKE TERRELL,

Respondent.

---

Reginald Stevenson, #26223-039, Post Office Box 1000, Sandstone, MN 55702, pro se petitioner.

Ana Voss, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated March 23, 2009. Based upon the Report and Recommendation of the Magistrate Judge [Docket No. 10], and all of the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. The Petition of Reginald Stevenson for a Writ of Habeas Corpus Persons in Federal Custody under Title 28 U.S.C. Section 2241 [Docket No. 1], be **DENIED**; and

2. This case be **DISMISSED WITH PREJUDICE**.

Dated: April 15, 2009                          ____s/John R. Tunheim_____
at Minneapolis, Minnesota                 JOHN R. TUNHEIM
                                                             United States District Judge